**DISMISS; and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00747-CV

**SHIVER CONSTRUCTION COMPANY, Appellant**

**V.**

**TUCKER ALBIN & ASSOCIATES, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05524-D**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Appellant has filed a motion to dismiss appeal, stating the trial court has granted its motion for new trial. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

150747F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIVER CONSTRUCTION COMPANY,
Appellant

No. 05-15-00747-CV     V.

TUCKER ALBIN & ASSOCIATES, INC.,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-05524-D.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Tucker Albin & Associates, Inc., recover its costs, if any, of this appeal from appellant Shiver Construction Company.

Judgment entered this 9th day of July, 2015.